No. 98–641. Zvenia v. Nevada. Sup. Ct. Nev. Certiorari denied.

No. 98–645. Hunt v. Armbrister et al. C. A. 3d Cir. Certiorari denied.

No. 98–670. Temple v. Internal Revenue Service. C. A. 6th Cir. Certiorari denied.

No. 98–689. Gallara, aka Stanfa v. United States. C. A. 3d Cir. Certiorari denied.

No. 98–690. Nosik v. Connecticut. Sup. Ct. Conn. Certiorari denied.

No. 98–693. Purdy v. United States. C. A. 2d Cir. Certiorari denied.

No. 98–695. Pafford et al. v. Herman, Secretary of Labor. C. A. 7th Cir. Certiorari denied.

No. 98–701. Mills v. Babbitt, Secretary of the Interior. C. A. 9th Cir. Certiorari denied.

No. 98–703. Neufeld et al. v. United States. C. A. 6th Cir. Certiorari denied.

No. 98–705. Schuler v. McGraw-Hill Cos., Inc., et al. C. A. 10th Cir. Certiorari denied.

No. 98–714. Pierce v. Mansfield. C. A. 4th Cir. Certiorari denied.

No. 98–5053. Smith v. United States. C. A. 3d Cir. Certiorari denied.

No. 98–5380. Jenkins v. United States. C. A. 11th Cir. Certiorari denied.

No. 98–5395. Huy Vu Nguyen Dang v. DuCharme, Superintendent, Washington State Reformatory. C. A. 9th Cir. Certiorari denied.

No. 98–5481. Blocker v. United States. C. A. 5th Cir. Certiorari denied.